IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JOSE ANGUIANO (1)<br>OSCAR GOMEZ-HUETRA (2)<br>PEDRO PEREZ-VELAZQUEZ (3) | NO. 3:19-MJ-715-BH |

## MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of defendants, **Jose Anguiano**, **Oscar Gomez-Huerta**, **and Pedro Perez**, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_  Crime of violence (18 U.S.C. §3156);

    \_\_\_\_  Maximum sentence life imprisonment or death

    _x_  10 + year drug offense

    \_\_\_\_  Felony, with two prior convictions in above categories

    _x_  Serious risk defendants will flee

    \_\_\_\_  Serious risk obstruction of justice

    \_\_\_\_  Felony involving a minor victim

    \_\_\_\_  Felony involving a firearm, destructive device, or any other dangerous weapon

**Motion for Detention - Page 1**

\_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   **X**  Defendants' appearance as required

   **X**  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

   **x**  Probable cause to believe defendants committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   \_\_\_\_\_ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

   \_\_\_\_\_ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

   \_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

Pursuant to Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3142(a), the government opposes any motion by the defendants for release pending trial.  The defendants cannot show by clear and convincing evidence that they are not a flight risk or a danger to the community.  See Fed. R. Crim. P. 32.1(a)(6).  The government asserts that there is no condition or combination of conditions that would reasonably assure the defendants' presence at trial.  18 U.S.C. § 3142(a)(3).  For these reasons, the government asks that the

**Motion for Detention - Page 2**

defendants be detained pending trial in this case.

    4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

    ___  At first appearance

    ___ After continuance of __1__ day.

DATED this 15th day of August, 2019.

    Respectfully submitted,

    ERIN NEALY COX
    UNITED STATES ATTORNEY


    */s/ L. Rachael Jones*
    L. RACHAEL JONES
    Assistant United States Attorney
    State Bar of Texas No. 24032481
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242-1699
    Telephone: 214-659-8600
    Email: rachael.jones@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that I filed this motion with the United States District Clerk for the Northern District of Texas and a copy will be provided to the defense counsel of record in accordance with the Federal Rules of Criminal Procedure. Certified on this 15th day of August 2019.

    */s/ L. Rachael Jones*
    L. RACHAEL JONES
    Assistant United States Attorney

**Motion for Detention - Page 3**